**Denied and Opinion Filed March 10, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01750-CV

## IN RE FREDERICK D. TODD, II, M.D., AND FREDERICK D. TODD, II, M.D., P.A. D/B/A ARLINGTON NEUROLOGICAL & SPINE ASSOCIATES, Relator

**Original Proceeding from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-08-16167-F**

## MEMORANDUM OPINION

Before Justices Moseley, Fillmore, and Brown
Opinion by Justice Moseley

Before the Court is relators' petition for writ of mandamus in which they contend that the trial court clearly abused its discretion in granting a new trial. The facts and issues are well known to the parties, so we need not recount them herein. Based on the record before us, we conclude relators have not shown they are entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a); *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding). Accordingly, we **DENY** relators' petition for writ of mandamus.

/Jim Moseley/
JIM MOSELEY
JUSTICE

131750F.P05